# UNITED STATES DISTRICT COURT

for the

Middle District of PENNSYLVANIA

WilliamSport/Scranton Division 3<sup></sup>

Case No. 4:19-CV-1472
*(to be filled in by the Clerk's Office)*

BRALEN L. JORDAN 22702-009 "BULBVA"

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DAVID J. EBBERT; et.al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

FILED
SCRANTON
AUG 23 2019
PER [signature]
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: BRALEN LAMAR JORDAN 22702-009

All other names by which you have been known: "BuLbud"

ID Number: 22702-009

Current Institution: U.S.P Lewisburg; SMU

Address: P.O. BOX 1000

Lewisburg (City) AR (State) 17837 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed. (SEE ATTACHED DEFENDANT)

Defendant No. 1

Name: David J. Ebbert

Job or Title *(if known)*: WARDEN

Shield Number: United States Penitentary SMU

Employer: 2400 Robert F. Miller Drive

Address: Lewisburg, PennsyLVANNIA

Lewisburg (City) P.A (State) 17837 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: IAN CONNORS

Job or Title *(if known)*: Inmate National APPEAL Administrator

Shield Number: FEDERAL BUREAU OF PRISON

Employer: United States Department Of Justice

Address: 320 FIRST Street, N.W

Washington (City) D.C (State) 20534 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant Continue:

5) Mr. WATSON - Associate Program, USP Lewisburg, P.A, 17837
6) Mr. Polonksy - Associate Program, U.S.P Lewisburg, P.A 17837
7) Mr. J. Konkles III - Captain, USP Lewisburg, P.A, 17837
8) Dr. J. ENIGK - Mental Health Chief, USP Lewisburg, P.A 17837
9) Dr. C. Moore - Mental Health RHU, USP Lewisburg, P.A. 17837
10) DR. R. BROCKMAN - Mental Health SMU COORDINATOR; USP Lewisburg, PA 17837
11) DR. R. EIGENBRODE, Mental Health RHU, USP Lewisburg, P.A. 17837.
12) Dr. Andrew Edringer, Clinical Director, U.S.P Lewisburg; P.A. 17837
13) Mrs A. Cantrell - Health Service Administrator - USP Lewisburg. P.A. 17837
14) Mrs. Jessie Ayers - Physician, USP Lewisburg; P.A. 17837
15) Nurse A. Creveling - Medical R.N., USP Lewisburg, P.A. 17837
16) Nurse Potter - EMT-PA, USP Lewisburg, P.A. 17837
17). Nurse Bratha - EMT, U.S.P Lewisburg; P.A. 17837
18) Nurse J. Mittlering - RN, USP Lewisburg, P.A. 17837
19). Nurse M. Farhetinger, Medical, USP Lewisburg, P.A 17837
20). Nurse H. Lopes - RN, USP Lewisburg, P.A. 17837
21) Nurse L. Hartzel - RN, USP Lewisburg, P.A. 17837
22) LT. Sawyloe - (Correctional Service), U.S.P. Lewisburg PA
23) LT. Kolwalchick (Correctional Service) U.S.P. Lewisburg, P.A
24) LT. Badertsch (Correctional Service) USP Lewisburg, P.A 17837
25.) LT. Knapp (Correctional Service) U.S.P Lewisburg, P.A. 17837

Defendant's Continued:

26.) LT. Beachel-(Correctional Service) USP Lewisburg P.A.

27.) K. Sorce-(Legal Paralegal) USP Lewisburg, P.A. 17837

28.) LT. Saulouim-(Correctional Service) U.S.P Lewisburg, P.A. 17837

29.) C/O Nooner (Medical Escort Officer) USP Lewisburg

30.) LT. Leonowicksy-(Correctional Service) USP Lewisburg, P.A. 17837

31.) K. William-(Correctional Service) USP Lewisburg; P.A. 17837

32.) LT. R. Troutman (Correctional Service) U.S.P Lewisburg, P.A. 17837

33.) C. Simmons-(Correctional Service) U.S.P Lewisburg, P.A. 17837

34.) B. Missiagman-(Correctional Officer) U.S.P Lewisburg, P.A. 17837

35.) C. Hurley-(Correctional officer) U.S.P Lewisburg; P.A. 17837

36.) J. Earp-(Correctional officer) USP Lewisburg, P.A. 17837

37.) J. Romig-(Correctional officer) U.S.P Lewisburg, P.A. 17837

38.) T. Crawford-(SIS Supervisor) U.S.P Lewisburg, P.A. 17837

39.) Kevin Pigos-(Medical Doctor) Norteast Regional Office, U.S. Custom House-7th Floor, 2nd & Chestnut Street, Philadelphia; P.A. 19106

40.) LT. Shrink-(Correctional Service) U.S.P Lewisburg, P.A. 17837

41.) T. Nichols-(Correctional Service) U.S.P Lewisburg, P.A. 17837

Defendant No. 3

Name: J. RAY ORMOND

Job or Title *(if known)*: Regional DirectoR

Shield Number: ~~[crossed out]~~

Employer: United States Justice DePARTMENT

Address: FEDERAL BUREAU OF PRISON, NortheAST Regional

Philadelphia, P.A. 19106
City, State, Zip Code

[ ] Individual capacity [✓] Official capacity

Defendant No. 4

Name: DARRIN HOWARD

Job or Title *(if known)*: Regional Counselor

Shield Number: United States Justice DePARTMent

Employer: Federal Bureau of Prison Northeast Regional office

Address: Philadephia, P.A. 19106
City, State, Zip Code

[ ] Individual capacity [✓] Official capacity

(DEFENDANT CONT) (Additional PAGES)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

VIOLATIONS OF 28 Title § 2680 NEGLECT CLAIM; VIOLATION OF 8th amendment AND 14th Amendment. HUMAN RIGHTS Violations Article 5 "No ONE SHALL BE Subject to torture OR to cruel; inhuman OR to cruel, inhuman OR degrading treatment OR Punishment.

(See page 3 of 11)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

IN OFFICIAL CAPACITY UNDER FEDERAL LAW IN THE LINE OF DUTY OF EMPLOYEMENT UNDER FEREDRAL JURISDISTCTION. FEDERAL BUREAU OF PRISON CORRECTIONAL OFFICIALS UNDER THE COLOR OF FEDERAL LAW OF CONDUCT/REGULATIONS, ETC. NO MATTER OFFICERS, WARDENS, ETC. "NEGLECTION"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

JAN 19-20, 2019 Lewisburg United States Penitentary SMU PROGRAM I WAS PLACE IN 4-Points FOR 70 hours AND MACE AGAINST MY MEDICAL DUTY STATUS WHICH PROHIBIT MACE OR GAS TO be USE Due to Asthmatic CONCERNS AND Diabetic as well as Heart Murmor; Highblood Pressure; and obstructive sleep apnea chronic care NEEDS. Over Correctional K. Williams tampering with my Food AND other Correctional officers in G-Block MACING MY Food; etc (See Remedies Attach) Nurse Creveling THE NURSE THAT TOOK MY VITAL SIGNS BESides Blood Pressure Knew that Lt Kolwalchick did not Place me under the Shower towards Decontaminating my whole body. MY Blood SUGAR ROSED to 131; 114, 99, Asthma flured causing

(CONT See PAPER)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANNIA

IV. Statement of Claim (Continued)

My SPO's varying from 60% to 75%. There in 4-Point for 70 houes LT's failed to provided the uriner. Causing me to Urinate on myself. LT. Saulouim, correctional officer C. Simmons making fun of me laughing joking at the fact that my tongue was hanging out of my mouth. Due to a sugar attack of LT. Saulouim not feeding an apple, or something sweet he stated "If I can't feed him what I want, he will not me". That cause me to loose fluids, and constantly biting on my tongue. The amusement carried on even Nurse Bratha, Nurse Potter started joking when my blood sugar was still high at 99 from 131 it was still above 7%. According to my A1C at American Diabetic Association. Mental Health was suppose to interven when the houe hit over 8 to 10 houes in Restraint/4-Points. Regional Director J. Ray Ormond notified after 8 hours accoeding to Bureau of prison policy of program statement 5566.061. However the staff misconduct continue with B. Chappell failing to notify staff of restrait check every 2 houes. Instead they conduct it every 4-houes in 4-Point. DR. R. Brockman, SMU COORDINATOR WAS NOTIFIED by C. Simmon trying to manipulate an Suicide issue as if one trying to harm their self in 4-Point in hard restraints when they are depriving one food after gaining knowledge I'm chronic care an a diabetic. DR. R. Brockman comes to J-Block in a Wool Jacket it's winter, and asks me if I was suicidal. I responded no, but I need her to check into this misconduct and that I need medical talking with my tongue out my mouth. Due to the fear of my tongue going down the back of my throat as if I was going to swallow it. I [redacted] Literally can feel it sliding slowly. I'm mental, and I take prozac well (Fluoxetine HCI 60 mg) finding myself going into panic attack. However

IV. Statement of Claim (continued)

Dr. R. Brockman stated she will look into it and left out of J-Block. I started to loose more and more fluid of blood Sugar about 917 that is 131 on a fast check even if it was 112 blood sugar it would still be high loosing sugar/burning at 784 mg at a 7% it clearly shows it's over 7% and the Nurse Bratha, Nurse Potter should have contacted Dr. Andrew Edringer Clinical Director. However they say Medical he did and he did nothing no one order of insulin or nothing. This neglect got so bad SIS & Correctional officer Specialist Mrs. Nichols had to make a call to LT. Badnisch and Kolwalchick. In coming up after being 4-Pointed since 3:45pm JAN 19, 2019 to JAN 20, 2019 @ 10:35pm. Nurse Potter took my blood sugar one last time it was 99 still Nurse Creveling had a diabetic suppose to be lunch, but it only had two slices of bread and cheese. No apple or meat. I'm 37 years old my A1C level is with the 7% mark to watch. This abuse of is over officer K. Williams deducting peanut butter out of my bag meal / Alternative Meal. Now in this 70 hours of 4-Point the muscles group that was torn was the Infraspinatus Teres Minor; Middle trapezius Rhomboid; Middle & Lower Trapezius; Subscapularis Pectoralis Major & Minor. X-Ray 6-14-19 as to 70 hours 4-Point showed: There is minimal osteolysis involving the distal end of clavicle. Soft tissues appear unremarkable. In both (L) shoulder and (R) shoulder. However as to the Regional Counselor as to tort claim # TRT-NER-2019-01945 Mr. Darrin Howard Fabricated documentation as to the facts of the 70 hours 4-Points showing manipulation of document stating showing in written things that never took place in this incident. Obtaining the

IV Statement of Claim (cont)

Investigation Report from Warden Ebbert through A.W. Program Mr. Watson and A. Warden Operation Mr. Rolonksy. Falling or coming from correctional service Captain J. Konkles III, of Lewisburg. The tort claim is so frivolous as to the facts of Bureau of Prisons Staff reporting at Lewisburg, U.S.P/SMU. Legal Paralegal Mrs. K. Sorce fail to issue a copy to me to attach to this claim after cop-out (Inmate Requests) petitioned to her office. However after X-Ray was conducted I was placed on USP Lewisburg SMU program call-out for surgerical injections July 3, 2019 @ 9:17 Am Escorted to Medical by Correctional officer Specialist Nooner. Injection of "Mthly Prednisone Injection" to the (L) & (R) shoulder/arm area in the injuried muscle group while prescribe Meloxicam 7.5mg (Muscle Relaxer). Less then 2mins it was over with, and placed in my unit where officer in G-Block took me and Nooner left the, now the officers in G-Block while I was out at Medical. Wrongful searched my celly messing my cell up. My legal work was all over the top bunk, taking sheet, blanklets; medications; I'm a diabetic taking my jellies, Kool-Aid, ink pens, etc. Water on the floor just a mess. I'm in the SMU program where it's nothing but Enticement. All day long through Mental Health, etc. However I'm forced in Restraints after getting surgery of injections. I need a LT to address this issue so C/O C. Hurley make a situation out of his own doing of trashing my cell. Instead of LT. Sawylor resolving the he and I result in him placing me in 4-Point July 3, 2019 sameday until July 5, 2019 at 11:25 AM. Now just imagine being in

IV. STATEMENT CLAIM (CONT)

held in a truck of a car a long Road trip for 398 hours in hand Restraints or duck taped. Being feed when ever if however I want and your blood sugar level is above 7% at 110. You obtain blister, Lacteration, nerve damage to bothe wrist (R) &(L) wrist. No Mental Health intervention as in my case 4-Pointed in X-block in a Observation cell with a camera in X-block and J-Block. Like the 70 hours LT. Badrisch; LT. Knapp; LT. BEACHEL, LT. LEONOWICKSY; LT. Shreink, LT. Ebrahim. Witnessed the neglect and the neglect of abuse of powers to the point they started playing on their authority as their position in power to abuse when one is in 4-Point by stating he is manipulating Restraints, etc. Mental Health did not interven until I Request and when I did LT. SAWYLOR tried to pulled the suicide card. When I was standing on the topic of a crisis situation being held in 4-Point against my will with the claiming I'm holding hand Restraints. I've been since July 3, 2019 at 9:17AM.

Now July 5, 2019 Waerden Ebbert, Associate Watson Warden, and Associate Warden Rolonksy of Operation. Where at work when the correctional service staff and captain calling for give me one more hour everytime one would say pull him up. Basically they observe the neglect through Cameras not just in control; but other cameras that can not be manipulate. July 5, 2019 after surgercial injection P.A Ayer rate in I was in pain of a 6 on a scale from 1-10. However she and Dr. Andrew Edinger refuse to provide medical attention, or X-Ray even after being informed off LT. Knapp Pressing his weight down on my (R) arm

IV. Statement Claim (CONT)

for the operation of taking a Urine. Dr. C. Moore of Mental Health came and got a visual of my condition and I informed her that I want a inter-vention investigation started as to this Misconduct which is prohibit by B.O.P Policy Statement 3420.11 and Dr. J. Enigk came and got a Visual I informed her of the torture AND INhumane treatment that custody had going that was cruel. Dr. J. Enigk Informed that she had come to check on me, and etc. That she will look into it. Restraint check again was every 4 hours they neglect to feed 3times a only allow water correctional Service official laying in Urine again. This abuse of powers and Excessive force is cruel and a bevins action as to the inhumane conduct as well as Retaliation of official target due to I as a inmate upholding a Right to file grievances and program accordingly as My educational transcript is attach to this civil claim of action also sentence computation sheet. As well as grievance of correctional officer J. Romig, M. Cressinger, C/O Sheesly Tampering with my food and etc. Showing Grievances where at the institutional Level and the National Inmate Appeal Level the administrative remedy procedure is not fair. It fails to investigation instead they relie on the Institution to bring forward and trust that It is true when it's manipulate as to the facts. Especially when excessive force is being conduct in misconduct like tactial force camera showing where Correctional J. Earp pulling my (R) arm back after surgercial injection as in he was trying to break and B. Missagman pushing down on my head

IV. Statement Claim (Cont)

to the point I'm explaining/Informing LT. Sawylor to Regulate his officers in tactical gear to stop Applying excessive force. No Response, so I was force to resist a little and say "break my Arm you going to how to break my arm". LT. Sawylor tell your staff to stop pushing on my head in a downward position as hard as he is. Still LT. Sawylor paid no mind knew my (R) hand Restraint was on extremely tight Missing my nerves in my (R) hand Medical had to force a finger through LT. Ebrahim loosen and again saw lacteration, blisters as if they were trying to cut all of my nerves off in my (R) hand. Intentionally, and knowingly. Excessive force & abuse of Powers. Tort claim filed as to the 398 hour after surgerical injection July 3-5, 2019 from 9:17AM to July 5, 2019 11:25AM

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TORN Muscles IN THE INfraSPINATUS TERES MINOR & MAJOR. NERVE DAMAGE (R) WRIST & HAND TORN Muscles Middle TRAPEZIUS RHOMBOID & LOWER TRAPEZIUS SUBSCAPULARIS PECTORALIS MAJOR & MINOR, Posterior DELTOID. *PRESCRIBE MEDICATION MELOXICAM 7.5MG*

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

BASES FOR RELIEF IS DUE TO THE DELIBERATE Indifference AND UNJUST PUNISHMENT IN THEIR OFFICIAL CAPACITY AS TO THE RECKLESSNESS IN THEIR OFFICIAL CAPACITY UNDER THE COLOR OF FEDERAL LAW TO IGNORE REGULATION FEDERAL LAW AND INflict PUNISHMENT OF TORTURE THAT CREIEL AND SHOCK THE CONSCIENCE AS TO THE POINT OF NEGLECTING TO TREAT ON BLOOD SUGAR & REINJURY ONE'S Shoulder'S AFTER 70 HOURS AND SURGERICAL Injection IS BEYOND THE CALL OF DUTY AND IS ~~MOST~~ MORE THAN WHAT I WAS SENTENCED. I'M STILL INJURED NO X-RAY OR TREATMENT TO MY BLOOD SUGAR AS TO HIGH FAST CHECK READING; MY MUSCLES ARE TORN WORST & I'M BEING NEGLECT TO THIS DAY $175,000,000.00 Defendant terminated under the color of [redacted] Federal LAW AND RIGHTFULLY BROUGHT to Justice as the law stipolate towards violating ones Constitutional Right, etc.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

UNITED STATES PENITENTARY LEWISBURG
P.O. BOX 1000
LEWISBURG, P.A. 17837

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*(SEE Attach) OF CLAIMS OF ABUSE OF POWERS & EXCESSIVE FORCE; ETC)*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

UNITED STATES DISTRICT COURT ( JORDAN V. Ebbert, et al 4:19-cv-0991 AND ALSO WITH UNITED STATES PENITENTARY LEWISBURG & Bureau of PRISON HEADQUATERS. (INMATE National APPEALS OFFICE) AS WELL WITH THE INStitution.

2. What did you claim in your grievance?

(Abuse OF POWER & EXCESSIVE FORCE AS WELL AS NEGLECT) *MISCONDUCT OF STAFF TARGETING WITH ENTICEMENT *

3. What was the result, if any?

(DENIED) AND FAILED TO INVESTIGATE THE ISSUE I PETITION TO THE BUREAU OF PRISON INMATE NATIONAL APPEAL OFFICE & TO U.S.P LEWISBURG WARDEN'S OFFICE.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The steps I took is the Grievance Process for the Bureau of Prisons Some ARE COMPLETE (6); AT THE HIGHEST LEVEL NATIONAL INMATE APPEAL OFFICE; AS WELL AS DENIED W/O NO INVESTIGATION. I have (5) Institional Grievance DENIED W/O AN INVESTIGATION AS TO STAFF MISCONDUCT & ETC. OTHER STILL PENDING | BE PROCESSED.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

- TORT CLAIM # TRT-NER-2019-01945 (DENIED) *Institutional Has Documenta 70 hours
- TORT CLAIM # TRT-NER-2019-05695 (PENDING) 4 POINT 398 hours
- JORDAN v. Ebbert; et al 4:19-cv-0997 (MWB-CK)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) BRALEN LAMAR JORDAN "BULBUG"

   Defendant(s) DAVid J. Ebbert, et. al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

3. Docket or index number

   4:19-CV-0997 MWB-CK

4. Name of Judge assigned to your case

   JUDGE [redacted] [redacted] MATT BRANN

5. Approximate date of filing lawsuit

   June, 2019, 11th

6. Is the case still pending?

   - [x] Yes
   - [ ] No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A (STILL CURRENT)

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/17/19

Signature of Plaintiff [signature]

Printed Name of Plaintiff BRALEN LAMAR JORDAN "Bulbua"

Prison Identification # 22702-009

Prison Address United States Penitentiary Lewisburg. P.O. Box 1000

Lewisburg (City) P.A (State) 17837 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney ANGUS R. LOVE; Esquire

Bar Number

Name of Law Firm LEWISBURG PRISON PROJECT

Address P.O. Box 128, 115 Farley Circle, Suite 110

Lewisburg (City) PA (State) 17837 (Zip Code)

Telephone Number 570-523-1104

E-mail Address www.lewisburgprisonproject.org

...ENT OF JUSTICE
...au of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: JORDAN, BOWEN L. | 22702-001 | SMU | LEW |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** Pursuant to [illegible] Administrative Remedy for [illegible] ... And International Protocol 5324.12 [illegible] ... THE [illegible] ... [illegible] ... [illegible] A Day [illegible] ... [illegible] ... Would Contain ... with my Alternative [illegible] and Mental & Reality Tests. By Denying [illegible] ... [illegible] on my [illegible] ... [illegible] Mental Health [illegible] ... [illegible] ... As A [illegible] ... Mental [illegible] Fail To Meet With Me As Well As Other Inmate To Establish [illegible] with the [illegible] of Correctional Officers Daily [illegible] ... And [illegible] ... Anything To [illegible] ... [illegible] ... [illegible] ... [illegible] ... [illegible] Policy To ... [illegible] ... Against [illegible] ... [illegible]

2-21-2019 ______________________ [signature]

DATE SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR 01 2019
ADMIN REMEDY CLERK
USP LEWISBURG

______________________ ______________________
DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE** CASE NUMBER: [illegible]

CASE NUMBER: ______________________

**Part C- RECEIPT**

Return to: ______________________

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: ______________________

______________________ ______________________
DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN PRINTED ON RECYCLED PAPER BP-229(13) APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate,   the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP      UNT: G-BLOCK      QTR: G03-316L
2400 ROBERT F. MILLER DRIVE
LEWISBURG,  PA 17837

BP9 Response Enclosed

* Tampering WITH HEART & Healthy Trays. *

Attempt to exhaust Rejected.

ANSWERED BY INSTITUTIONAL WARDEN EBBERT.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 15, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO : BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G01-120L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 969576-A2 CENTRAL OFFICE APPEAL
DATE RECEIVED : JUNE 19, 2019
SUBJECT 1 : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE [redacted] FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE ORIGINAL REJECTION

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

REMEDY 969576 RESubmittion

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: JORDAN; Bralen, L (LAST NAME, FIRST, MIDDLE INITIAL) 22702-009 (REG. NO.) SMU (UNIT) LEW (INSTITUTION)

**Part A - REASON FOR APPEAL** I'VE SUBMITTED 3 REGIONAL APPEALS WITHIN THE TIME ALLOWED ALSO FOLLOWED WRITTEN INSTRUCTIONS. FROM CENTRAL OFFICE DATE APRIL 23; 2019 REJECTION INSTRUCTING ME TO RE-FILE AT REGIONAL LEVEL. I DID JUST THAT PETITIONED REGIONAL; THEY REJECTE MAY 21; 2019 PROVIDING 10 DAYS RESUBMITTION. 4-PAGE IS NOT LEGIBLE. MAY 26, 2019 RESUBMIT BP-10 AS TO REMEDY #969576-R3, WITHIN 10 DAYS; AND 4-PAGE LEGIBLE. IN WHICH J. RAY ORMOND REGIONAL DIRECTOR REJECTED AS TO 3-21-19 "4-PAGE NOT LEGIBLE TO BP-10". WHERE AS APRIL 23, 2019 CENTRAL PROVIDED A NEW SET OF TIME FORWARDING TO REGION OFFICE (SEE STICKY TAB). CENTRAL OFFICE PROVIDED MORE TIME AS TO THEIR REJECTION REASON REMEDY ID#969576-A1. IT'S CLEAR THAT REGIONAL DIRECTOR IS NOT HONORING IT AT ALL. Instead LOOKING OVER IT SAYING I Should submit a MEMO ON B.O.P LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT. WHEN THERE IS NO NEED DUE TO CENTRAL OFFICE REJECTION.

6-11-19 (DATE) [signature] (SIGNATURE OF REQUESTER)

**Part B - RESPONSE**

RECEIVED
JUN 19 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
JUL 22 2019
USP Lewisburg

DATE ____ GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 969576-A2

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: ____ LAST NAME, FIRST, MIDDLE INITIAL ____ REG. NO. ____ UNIT ____ INSTITUTION

SUBJECT: ____

DATE ____ SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 5, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : BRALEN LAMAR JORDAN, 22702-009
      LEWISBURG USP    UNT: G-BLOCK    QTR: G03-319L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 969576-R3      REGIONAL APPEAL
DATE RECEIVED   : MAY 31, 2019
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : REFER TO THE REJECTION DATED 5-21-19.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

RE-Submit REMEDY #969576

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JORDAN, Braken, L — 72702-089 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** RESUBMITTING AS TO REGIONAL OFFICE; DUE TO ATTACHED DOCUMENTATIONS WAS NOT LEGIBLE AS TO 4TH PAGE OF BP-10. RAISING THE SAME ISSUE OF INSUBORDINATION to PS 4700.06 etc. BLOCK OFFICERS IN G-Unit. TAMPERING WITH FOOD & CONTAMINATING IT WITH MACE. MENTAL HEALTH FAILED TO INTEREVEN AS TO PS 5324.12 AS TO ABUSE OF POWER & Staff CONTAMINATION OF DIETARY MEAL (HEART & HEALTHY). I Seek EXPUNGEMENT DUE TO PS 4700.06

5-26-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 969576R3

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 21, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : BRALEN LAMAR JORDAN, 22702-009
      LEWISBURG USP    UNT: G-BLOCK    QTR: G03-318L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 969576-R2        REGIONAL APPEAL
DATE RECEIVED   : MAY 13, 2019
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : YOUR APPEAL WAS REJECTED ON 3-21-19 BECAUSE PAGE 4
                  WAS NOT LEGIBLE. YOUR CORRECTED APPEAL WAS DUE BY
                  3-31-19. IT WAS RECEIVED ON 5-13-19.

**Regional Administrative Remedy Appeal**

...ons RE-SUBMIT REMEDY #969576

...ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted ...is appeal.

From: JORDAN, BRALEN, L 22702-0009 SMU LEW
LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

**Part A - REASON FOR APPEAL**

RESUBMITTING AS TO REGIONAL & CENTRAL OFFICE DUE TO ATTACHED DOCUMENTATION BP10 WAS NOT LEGIBLE AS TO FOURTH PAGE OF BP10. RAISING THE SAME ISSUE OF INSUBORDINATION TO PS 4700.06, etc. G-BLOCK CORRECTION Officers TAMPERING WITH MY FOOD & Contaminate it With MACE. MENTAL HEALTH FAILED TO Intevene AS TO PS: 5324.12 AS TO ABUSE OF POWER & TO STAFF Contamining Dietary MEAL. DUE TO STAFF INSUBORINATION AS 4700.06 I SEEK EXPUNGEMENT. (SEE Exhibit)

5-9-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 969576R2

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT: ______

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

RE#969576

**Central Office Administrative Remedy Appeal**

(SEE ALL Document Attach)

...point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attach-...e submitted with this appeal.

...om: JORDAN, Bralen, L — 22702-009 — SMU — LEW

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** IS TO INSUBORINATION AS TO PROGRAM STATEMENT 4700.06 AND 3240.11. As well AS To Administrative Remedy PROGRAM Policy 1330.18. Petitioner Submitted BP-8; BP9; BP10. REGION UNDERMINING PS 1330.18 BY SAYING THAT THE FOUR TO THE BP10 ISN'T LEGIBLE when it is AND in actuality the REGIONAL OFFICE WILL SCAN THE ISSUE of CONCERN TO THE Institution from their COPY OF THE BP10. HOWEVER THE REASON I'M DISSATISFIED is due to AN ONGOING CONFLICT OF Interest with this REGIONAL DIRECTOR. REJECTING AND FAILING TO INVESTIGATE LEWISBURG OFFICERS IN G-BLOCK; TAMPERING WITH MY HEART & HEALTHY MEAL ACCORDING TO THEIR LIKINGS. And Showing Misconduct of CORRUPTION BY MACING MY FOOD; DEDUCTING FROM MY CALORIES, etc. When 4700.06 Prohibit that from happening. HOWEVER THIS REGIONAL FAIL TO INVESTIGATE AND ADDRESS THE ISSUE. FURTHERED ALLOW The institution TO LIE AND SAY ~~FOR~~ FOUR PAGE IS NOT Legible Neglecting MY ISSUE.

3-26-19 — [signature]

DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
APR 01 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
MAY 09 2019
USP Lewisburg

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 969576-A1

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 23, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
CENTRAL OFFICE

TO : BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-317L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 969576-A1 CENTRAL OFFICE APPEAL
DATE RECEIVED : APRIL 1, 2019
SUBJECT 1 : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE WRONG LEVEL. YOU SHOULD HAVE FILED AT THE [redacted] REGIONAL OFFICE, [redacted] OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE [redacted] FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION NOTICES.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
NORTHEAST REGIONAL OFFICE

TO : BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-316L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 969576-R1 REGIONAL APPEAL
DATE RECEIVED : MARCH 18, 2019
SUBJECT 1 : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN ~~10 DAYS OF THE DATE OF THIS REJECTION~~ NOTICE.

REMARKS : PAGE 4 OF THE BP10 IS NOT LEGIBLE.

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN, L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** I'M DISSATISFIED WITH THIS RESPONSE AS TO THIS IS A ONGOING ISSUE WITH OFFICERS IN G-BLOCK. TAMPER WITH MY Heart & HEALTHY TRAYS. Deducting items off my tray; etc. Which is Insuborinated to PS 4700.06. Which they would contaminate it with MACE. Due to the Anxieties I have worring about officer placing toxic things; etc. In my Dietary Meal I PETITIONED MENTAL HEALTH PS 5324.12. AS TO THE OFFICER USING Abuse of Powers & Enticed TATICS TO Provoke Misconduct. However they Failed To Produce A REPORT AS A Interventional Standard of Policy of STAFF MISCONDUCT. I EVEN PETITIONED EXECUTIVE STAFF OF THE MISCONDUCT OF STAFF AND THE RESULTS TO REGULATING THE ISSUE WAS A INCIDENT REPORT FOR RETALIATION FOR REPORTING THE CONDUCT WITH THE OFFICERS NAME ON IT. DUE TO STAFF Insubornaction as to Tampering WITH MY DIETARY TRAY 4700.06 REQUEST EXPUNGEMENT.

3-13-19 — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE — REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 969576-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

6-26-19
3-21-19

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BRALEN L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** PURSUANT TO REQUEST FOR Administrative Remedy for Mental Health As To 3420.11 EMPLOYEE STANDARD OF CONDUCT AND INTERVENTIONAL PROTOCOL 5324.12. Whether it's PREA OR STAFF MISCONDUCT. MENTAL HEALTH IS TO REPORT THE ENTICED TACTIC; that is Prohibit by Policy 5716.17 & 5516.17. Where DURING A WEEKLY ROUND I Submitted A Sensitive COP-OUT TO DR. BROCKMAN AS TO A Intervention Protocol 5324.12 of 3420.11 where G BLOCK CORRECTIONAL OFFICERS WOULD Contam-inate / TAMPER WITH MY ALTERNATIVE MEALS AND Heart & Healthy Trays. BY DEDUCTING ITEMS FROM MY MEAL; EVEN SPRAYING MACE ON MY MEALS / Dietary tray 4700.06. MENTAL HEALTH FAILED TO ISSUE A REPORT TO HIGHER AUTHORITY OF Protocol of Interventional 5324.12. AS A MENTAL INMATE MEDICATED TO FLUOXETINE 80MG; and A Chronic Care Inmate with A Impuls-ive Disorder. MENTAL HEALTH FAIL TO MEET WITH ME; AS WELL AS OTHER INMATE TO ESTABLISH COPING SKILLS with the ONGOING CORRUPTION OF CORRECTIONAL OFFICERS DAILY ENTICEMENT TACTICS AND CONSTANTLY TAMPERING WITH FOOD ITEMS, MAIL; ETC. Anything TO PRODUCE OR PROVOKE INMATE MISCONDUCT THAT SEEMS TO BE Allow From the Administrations. However STAFF MISCONDUCT IS AGAINST CODE OF FEDERAL REGULATION UNDER Title 28 and Violates MY 8th Amendment to be free from hostile environment, TARGETING; Cruel & Usual Punishment. MENTAL HEALTH Negligence to Properly file and take matters seriously UNDER Policy To HIGHER Authority. Where Enticed Misconduct is being Displayed is Uncivilized against Policy & LAW Under the Color of federal Law. Sanction imposed & suspension of Conspiring STAFF Misconduct

2-21-2019
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR 01 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 969576-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — PRINTED ON RECYCLED PAPER — BP-229(13) APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BRAIEN L. — 72702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A– INMATE REQUEST** PURSUANT TO REQUEST FOR Administrative Remedy for Mental Health AS TO 3420 EMPLOYEE STANDARD OF CONDUCT AND INTERVENTIONAL PROTOCOL 5324.12. Whether it's PREA OR STAFF MISCONDUCT. MENTAL HEALTH IS TO REPORT THE ENTICED TACTIC, that is Prohibit by Policy 5716.17 / 5516.17. Where DURING A WEEKLY ROUND I Submitted A Sensitive COP-OUT TO DR. BROCKMAN AS TO A Intervention Protocol 5324.12 of 3420.11 where G BLOCK CORRECTIONAL OFFICERS WOULD Contam-inate / TAMPER WITH MY ALTERNATIVE MEALS AND HEART & Healthy TRAYS. BY DEDUCTING ITEMS FROM MY MEAL; even SPRAYING MACE ON MY MEALS / Dietary tray 4700.06. MENTAL HEALTH FAILED TO ISSUE A REPORT TO HIGHER AUTHORITY OF Protocol of Interventional 5324.12. AS A MENTAL INMATE MEDICATED TO FLUOXETINE 60MG; AND A ChRONIC CARE INMATE with A IMPULS-IVE DISORDER. MENTAL HEALTH FAIL TO MEET WITH ME; AS WELL AS OTHER INMATE TO ESTABLISH COPING SKILLS with the ONGOING CORRUPTION OF CORRECTIONAL OFFICERS DAILY ENTICEMENT TACTICS AND CONSTANTLY TAMPERING WITH FOOD ITEMS, MAIL; ETC. ANYTHING TO PRODUCE OR PROVOKE INMATE MISCONDUCT THAT SEEMS TO BE ALLOW FROM the Administration. However STAFF MISCONDUCT IS AGAINST CODE OF FEDERAL REGULATION UNDER Title 28 and Violates MY 8th Amendment to be free from hostile environment, TARGETING, Cruel & Usual PUNISHMENT. MENTAL HEALTH Negligence to Properly file and take matters Seriously UNDER Policy To Higher Authority. Where Enticed Misconduct is being DISPLAYED is Uncivilized against Policy & LAW Under the color of federal Law. Sanction imposed & SUSPENSION of CONSPIRING STAFF MISCONDUCT

2-21-2019
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
MAR 01 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

CASE NUMBER: 969576-F1

CASE NUMBER:

**Part C– RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

LEW 1330.16A
ADMINISTRATIVE REMEDY PROGRAM
ATTACHMENT A

Exhibit To Remedy #969576

INFORMAL RESOLUTION ATTEMPT # 626-19

In accordance with Program Statement 1330.16, Administrative Remedy Program, this form will serve as documentation by the respective staff member and his unit manager to indicate an informal attempt to resolve the complaint of the following inmate:

NAME: Jordan Reg. No. 22702-009

FORM TO INMATE: 2-13-19 (Date) STAFF Diltz (Name) W (Unit)

A BP-229(13) WILL NOT ORDINARILY BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED

---

1. Nature of Complaint (to be completed by inmate):

2-7-19 I placed a sensitive issue of a complaint to Dr. Brockman where the c/o's in G-Block. Where tampering with My Heart & Healthy Meals as well as SACK Meals. By Macing My Food, trays, and deducting items out of My Meals. I also wrote to CAPTAIN Konkle of the same issue seeking for some type of Regulation on Staff Misconduct.

So by Me addressing this to Mental Health and the serious nature of it that would force one to stop eating and suffer by not eating. Because C/o's are not honor Policy 4700.006 Heart & Healthy and Alternative Meals that I get for enticement tactics.

Mental Health failed to process My complaint and take My nature as a Sensitive matter. And disregarded my issues as well as played dumb when I addressed the same issue to them. I'm a chronic care inmate with diabetes, High blood pressure, etc. And have a Mental illness of anxiety, and implusive disorder. I tried to trust Mental Health with my problem of ongoing issues of the misconduct of correctional officers Neglecting to honor My dietary Meals according to policy 4700.006. However this issue is a sensitive and Mental Health did neglect to filed as a Report of crisis to higher command. Therefore I'm highly disputing their neglection in process My complaint as Mental Health policy states: When an inmate brings a sensitive nature to Mental Health on Staff misconduct whether it's PREA RELATED, OR STAFF Contamining AN INMATE Food Meal. Mental Health is to intervene as to Intervention Protocol PURSUANT TO PROGRAM STATEMENT 5324.12. Whether PREA concerns, etc. If sensitive

Exhibit TO REMEDY #969576

Inmate Name: Jordan, Bralen
Inmate Reg. No. 22702-009
Quarters: G-Block

This is in response to your Informal Resolution request received on February 19, 2019, wherein you assert that concerns about your meal trays are not being appropriately addressed by Psychology.

Concerns about food trays fall under the purview of Food Services, and Psychology has no authority over these issues. Review of your Psychology records reveals that you are being seen regularly by Psychology, and you are being provided with services consistent with policy and your reported needs. You are encouraged to address these concerns with Food Services staff and your unit Lieutenant.

J. Enigk
Chief Psychologist

2/19/2019
Date

**Admin. Remedy No.: 969576-F1**
**Part B- Response**

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received March 1, 2019, wherein you assert that your concerns about your meal trays have not been appropriately addressed by Psychology.

Review of this matter reveals that you are being seen regularly by Psychology and that you are receiving services consistent with policy and your reported needs. Concerns about food trays or issues with custody staff may be appropriately addressed through Food Services and/or your unit Lieutenant. You are encouraged to begin working on the coping skills included in the SMU programming materials and to report any new mental health symptoms you are experiencing to Psychology either via cop-out or during unit rounds so that appropriate interventions can be determined.

Based on the above findings, there is no basis for relief, and your Request for Administrative Remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

3/7/19
Date

David J. Ebbert, Warden

BP-A0288
JAN 17

# INCIDENT REPORT

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

**Part I - Incident Report**

| 1. Institution: USP Lewisburg | | | Incident Report Number: | |
|---|---|---|---|---|
| 2. Inmate's Name: Jordan, Bralen | 3. Register Number: 22702-009 | | 4. Date of Incident: 2/16/2019 | 5. Time: 4:30 P.M. |
| 6. Place of Incident: G-Block Cell 315 | 7. Assignment: Unassigned | | | 5. Unit: Dressler |
| 9. Incident: Refusing to obey an order of a staff member | | 10. Prohibited Act Code(s) 307 | | |

11. Description of Incident (Date: 2/16/2019 Time: 4:30 p.m. Staff became aware of incident):

On February 16, 2019 at approximately 4:30 pm, while collecting food trays on G-block 3rd floor, I approached cell 315 which houses inmate Jordan, Bralen #22702-009. Upon approaching the cell I told inmate Jordan to put the lids on his food trays and hand them out. Inmate Jordan then stated "Fuck no, this is how you are getting them and I'm not giving them up". I then gave inmate Jordan a direct order to relinquish his food trays which he refused by walking away from the cell door. I then gave inmate Jordan a second directive to relinquish the food trays which he refused by walking away from the cell door. I then finished collecting tray on the 3rd floor and notified the Lieutenant's office.

| 12. Typed Name/Signature of Reporting Employee: K. Williams S.O. [signature] | | 13. Date And Time: 2/16/2019 5:05 P.M. |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): [signature] | 15. Date Incident Report Delivered: 2-16-19 | 16. Time Incident Report Delivered: 1710 |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

" TAmpering with my food.

18. A. It is the finding of the committee that you:

X Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
X Committed Prohibited Act Code(s). 307 ____

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. X The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

the statement of the reporting officer.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

UDC finds the I/m guilty of committing the prohibited acts. sanctioned, 307= 90 days loss of commissary

21. Date and Time of Action: 2-19-19 1503 (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

| DiLTz [signature] | F Kloss [signature] | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

FWD: CENTRAL SAME ISSUE
ONGOING STAFF TAMPERING
WITH MY FOOD

BPs Response Enclosed

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-317L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

ATTACHED SAME ISSUES OFFICERS @ LEW THAT ARE ENTICERS & MANIPULATE POLICY TAMPERING WITH MY FOOD. ALSO TO AVOID ONGOING NEGLECTION WITH N.E.R.O DIRECTOR J.R. ORMOND REJECTION EVERY ISSUE. DUE TO AN PAST ISSUES AT USP MCCREARY. WHILE HE AND C. GOMEZ WERE WARDENS. WE ARE CONSTANTLY HAVING A CONFLICT OF INTEREST IN HIS REGION. WITH HOW HE WILL ALLOW HIS WARDENS OF HIS REGION. TO COVER UP AND UNDERMINE POLICY OF B.O.P / LAW BY REJECTION W/O INVESTIGATING.

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons REMEDY #968292

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JORDAN, Bralen, L — 27102-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

REQUEST EXPUNGE DUE TO STAFF MISCONDUCT INTENTIONALLY TAMPERING WITH MY HEART & HEALTHY 4700.06 DIETARY MEALS. DEDUCTING ITEMS & FRUITS OFF MY MEALS. THERE IS ONGOING ISSUES OF THIS MATTER AND THIS IS WHY I'M CONTINOUSLY PUSHING THE ISSUE OF THIS MATTER. DUE TO HEALTH REASONS; ETC. THEREFORE I'M NOT SATIFIED WITH THE RESPONSE AGAIN REQUEST EXPUNGED.

5-9-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ______

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

UDC APPEAL

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, Brolen, L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** Administrative Remedy as to ~~[illegible]~~ 968292F1 ON UnProfessional, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF. TAMPER with my food (Heart & Healthy 4700.06). There is a BP-8 on this issue and I'm respectively Re petitioning my BP-9 as an attempt to exhauste my Remedy as to I filed a BP8 and it was answered by captain Konkles. However THIS IS A UDC APPEAL IN which I'm still within the respective time frame according to UDC APPEAL PROCESS Per Se Program Statement ~~[illegible]~~ 5270.09.

3-10-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR 14 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 968292-F2

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

Admin. Remedy No.: 968292-F2
Part B- Response

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received March 14, 2019, wherein you claim unprofessional staff and inappropriate conduct. Additionally, you claim staff tampered with your food.

Staff misconduct is viewed very seriously. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, dated December 6, 2013. An examination has been conducted regarding your claims, to include interviews with applicable staff and a review of documentation. No significant information was discovered to support your claims or show staff was negligent in their duties.

In view of the above, there is no basis for relief, and your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

3/21/19
Date

[signature]
David J. Ebbert, Warden

FWD: CENTRAL OFFICE

DUE TO CONFLICT OF INTEREST WITH THE REGIONAL DIRECTOR J. RAY ORMOND. THAT WAS MY WARDEN AT USP MC.CREARY & HAS BEEN TARGETING THROUGH OTHERS B.O.P OFFICIALS, ETC. HE AND OFFICER Coffman at USP MCCREARY. And to keep His office from Rejecting MY CONCERNS THROUGH THE INSTITUTION. I feel safe that my petitions will be addressed by going over his head and having central office to send me back to Region for Response.

Heart Healthy Me

BP-A0288
JAN 17

The time they shorted my meal

U.S. DEPARTMENT OF JUSTICE

# INCIDENT REPORT

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: USP Lewisburg | | Incident Report Number: 3221740 | |
| 2. Inmate's Name: Jordan, Bralen | 3. Register Number: 22702-009 | 4. Date of Incident: 2-7-2019 | 5. Time: 10:05 am |
| 6. Place of Incident: G-block cell 314 | 7. Assignment: Unassigned | | 8. Unit:: G-block |
| 9. Incident: Refusing to obey an order of any staff member; Interfering with staff in the performance of duties | 10. Prohibited Act Code(s) 307; 398 | | |

11. Description of Incident (Date: 2/7/2019 Time: 10:05 a.m. Staff became aware of incident):
On February 7, 2019 at approximately 10:05 am, while collecting food trays on the third floor of G-Block, I arrived at cell 314. G-Block cell 314 houses inmate Jordan, Bralen #22702-009. Inmate Jordan did not come to the door and relinquish his food trays. Inmate Jordan stated "You ain't getting these trays. I'm sick of this food on these trays." I then gave Inmate Jordan a direct order to come to the cell door and relinquish his food trays. Inmate Jordan then stated, "Nah, man. You ain't getting these back."

| | |
|---|---|
| 12. Typed Name/Signature of Reporting Employee: D. Langton/ S.O. | 13. Date And Time: 2/7/19 11:20 am |

| | | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): [signature] | 15 .Date Incident Report Delivered: 2/7/19 | 16. Time Incident Report Delivered: 220pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
"See Attached"

18. A. It is the finding of the committee that you:

✓ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
✓ Committed Prohibited Act Code(s). 307 398

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. ✓ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
UDC Decision based on I/m Jordan's refusal to relinquish his food trays, and his statements "You aint getting these trays, I'm sick of this food on these trays, and NAH man, You aint getting these back".

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
UDC finds I/m Jordan guilty of committing the prohibited acts and sanctions 60 Days loss of commissary privileges for code 306 and 60 Days loss of telephone privileges for code 398.

21. Date and Time of Action: 2-11-19 12:25pm (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

F Klosw | F Kl[signature] — Chairman (Typed Name/Signature)
J. Dietz — Member (Typed Name)
Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

*Institutional Response*

Remedy # 985198 (ATTEMPT)

*Excessive Force Abuse of Powers*

Excessive Force
4-Pointing
398 hours
TRT-NER-2019-05695

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G01-121L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

*TIME IN RESTRAINTS JULY 3, 2019 9:17AM AT 10:00AM Still IN RESTRAINTS HARD RESTRAINTS TILL JULY 5, 2019 11:25AM*

July 3-5, 2019 | 4-Pointed 398 hours

OBTAINING REINJURIES AFTER SURGERICAL INJECTIONS OF "MTHLY PREDNISONE" AS TO THE 70 hours JAN 19-20, 2019 AND CORRECTIONAL LT SAWYLOR 4-Point AFTER for 398 FROM 9:17 JULY 5, 2019 11:25

LT. BEACHEL
LT. ~~[illegible]~~
LT. SAWYLOR
LT. KOLWALCHICK
LT. BADRISCH
LT. KNAPP
LT. Ebrahim
LT. [redacted] Shrink
LT. LEONDWICKSY

C/O B. MISSIAGMAN
C/O J. EARP
C/O C. HURLEY
C/O B. Saxton
C/O NOONER - Escort Medical surgerical 9:17AM injection
P.A. Jessie AYERS

CAPTAIN J. KONKLES III
Associate WARDEN OPERATION Rolonksy
Associate Warden PROGRAM Wilson
WARDEN David J. Ebbert

NURSE Matthew Farhetinger
NURSE H. LOPES
NURSE Hartezel, LORI
NURSE Potter
NURSE JENNA Mitterling
DR. ANDREW EDINGER
DR. KEVIN PIGOS

MENTAL HEALTH
DR. C. MOORE; PhD - RHU PSYch
DR. J. ENIGK - Chief PsYch.
DR. R. BROCKMAN - SMU COORDINATOR
Dr. R. EIGENBRODE - Mental Health RHU

*Institution Response*
4 Point 398 hours
July 3-5, 2019
7/3/19@9:17 - 7/5/19@11:25AM

Admin. Remedy No.: 985198-F1
Part B- Response

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received July 24, 2019, wherein you claim staff refused to feed you on July 3, 2019, while you were in four-point restraints. You also claim staff failed to conduct proper restraint reviews, and failed to provide you with proper medical treatment. You are requesting an investigation be conducted.

Staff misconduct is viewed very seriously. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, dated December 6, 2013. An examination has been conducted regarding your claims, to include interviews with applicable staff and a review of documentation. No significant information was discovered to support your claims or show staff was negligent in their duties. Furthermore, records show staff conducted proper restraint reviews and medical evaluations in accordance with BOP policy, throughout your placement in four-point restraints.

In view of the above, there is no basis for relief, and your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

7/31/19
Date

David J. Ebbert, Warden

...T OF JUSTICE ...of Prisons

6/21-19

7-8-19

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BRALEN, L | 22702-009 | SMU | LEW
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** IS TO DISPUTE THE RESPONSE AS TO Correctional Service SUPERVISOR/CAPTAIN RESPONSE AS TO STAFF MISCONDUCT, VIOLATING PS 3420.11 EMPLOYEE STANDARD MISCONDUCT. ON JULY 3-5, 2019 LT. SAWYLOR Refused to Feed me and Provide a REGULAR Restraint Check every Two hours. While one is in 4-Points. He and other Supervising official LT's FAILED TO ALLOW TO TREAT MY BLOOD SUGAR THAT WAS 110 ABOVE 7% A1C. They NEGLECTED TO RELEASE OR LOOSING HAND Restraints even when blisters were visible and required blisters, blood to appear and on the 4th July of Medical Staff wiping my cuts and blisters in Restraints with Alcohol. After being in 4-Point over 20 hours Mental failed to interven due to Correct-ional Services not following Protocol. Correctional official stating I do NOT CARE if he die in Restraints he will not eat 3 times as Food Service Provide a meal. Here it is in Restraints 4-Pointed 398 hours. CAPTAIN KONKLER STATES STAFF MISCONDUCT IS VIEWED Seriously But He further states there is no significant evidence of Negligent in their duties. Full investigation Request TERMINATION IS SEEKED TO NEGLECT.

DATE 7/12-19 | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
JUL 24 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE** CASE NUMBER: 985198-F1

CASE NUMBER: ____

**Part C- RECEIPT**

Return to: ____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN | PRINTED ON RECYCLED PAPER | BP-229(13) APRIL 1982

JAN 19 - 20, 2019
INSTITUTIONAL RESPONSE
DENIED GRIEVANCE 70 HOURS 4-Points

Admin. Remedy No.: 966226-F4
Part B- Response

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received June 5, 2019, wherein you allege on January 19, 2019, staff violated policy and inappropriately placed you into four-point restraints. You further claim you were denied medical treatment and subjected to cruel and unusual punishment. You are requesting to be transferred to a new facility.

Staff misconduct is viewed very seriously. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, dated December 6, 2013. An examination has been conducted regarding your claims, to include interviews with applicable staff and a review of documentation. No significant information was discovered to support your claims. On January 19, 2019, you were placed into Four Point restraints due to your disruptive and threatening behavior. An after action of the incident was conducted and the use of force was deemed appropriate and consistent with Bureau of Prisons policy. You also received a medical evaluation at minimum of twice per eight hour period while you were in restraints. A review of the two-hour restraint check documentation indicated you sustained no injuries while you were in restraints.

In view of the above, there is no basis for relief, and your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

6/13/19
Date

David J. Ebbert, Warden

Admin. Remedy No.: 966226-F4
Part B- Response

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received June 5, 2019, wherein you allege on January 19, 2019, staff violated policy and inappropriately placed you into four-point restraints. You further claim you were denied medical treatment and subjected to cruel and unusual punishment. You are requesting to be transferred to a new facility.

Staff misconduct is viewed very seriously. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, dated December 6, 2013. An examination has been conducted regarding your claims, to include interviews with applicable staff and a review of documentation. No significant information was discovered to support your claims. On January 19, 2019, you were placed into Four Point restraints due to your disruptive and threatening behavior. An after action of the incident was conducted and the use of force was deemed appropriate and consistent with Bureau of Prisons policy. You also received a medical evaluation at minimum of twice per eight hour period while you were in restraints. A review of the two-hour restraint check documentation indicated you sustained no injuries while you were in restraints.

In view of the above, there is no basis for relief, and your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

6/13/19
Date

David J. Ebbert, Warden

[Handwritten: Case-19 6-3-19]

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BRAIEN, L | 22702-009 | SMU | LEW
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

JAN 19-20, 2019 I WAS PLACE IN 4-POINTS FOR 70 hours. Where I INFORMED CORRECTIONAL SERVICE STAFF LT'S, etc. UNDER THE LEADERSHIP OF CAPTAIN KONKLE. When they IGNORED MY BLOOD SUGAR OF 131, 144, & 99, As WELL AS Asthma SPO'S dROPPING TO 60 to 75%. After Sustained Re INJURIES TO Shoulders from THE FORCE THAT WAS USE. CORRECTIONAL Service Neglect TO TAKE ME TO MEDICAL. KNOWING I could NOT WALK. WHILE I WAS 4-Point. I Suffered a SUGAR ATTACK chewing ON MY TONGUE. THE CAPTAIN AND HIS STAFF ABUSE POWERS AS WELL AS INSUBORDINATE TO USE OF FORCE PROTOCOLE. KEEPING MEDICAL & MENTAL HEALTH FROM INTERVENING. TERMINATION IS SEEKED.

6/3/2019
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
JUN 05 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 980236-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

*(Institutional Response)*
*Abuse of Powers*

Admin. Remedy No.: 968292-F2
Part B- Response

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received March 14, 2019, wherein you claim unprofessional staff and inappropriate conduct. Additionally, you claim staff tampered with your food.

Staff misconduct is viewed very seriously. Staff conduct is governed by Program Statement 3420.11, Standards of Employee Conduct, dated December 6, 2013. An examination has been conducted regarding your claims, to include interviews with applicable staff and a review of documentation. No significant information was discovered to support your claims or show staff was negligent in their duties.

In view of the above, there is no basis for relief, and your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

3/21/19
Date

David J. Ebbert, Warden

*(Institutional Response)*

**Admin. Remedy No.: 978597-F1**
**Part B- Response**

## ADMINISTRATIVE REMEDY RESPONSE

This is in response to your Request for Administrative Remedy dated May 28, 2019, wherein you request to be transferred due to having to restart Level One and the SMU program being unconstitutional.

A review of this matter reveals you arrived for placement in the SMU Program on April 16, 2018. You are currently in the Special Management Unit(SMU), Level One. You were reset to Level One on March 1, 2019, due to being found guilty of multiple incident reports in the month of February, to include; Refusing Drug/Alcohol Test, Refusing to Obey an Order, Being Insolent to Staff Member, Interfering with Staff-Moderate, and Interfering Work/Program Assignment.

Upon successful completion of the SMU program, you will be submitted for transfer to another Bureau of Prisons facility commensurate with your security and programming needs. At this time, you are not eligible for a transfer.

Based on the above, your request for administrative remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

6/7/19
Date

David J. Ebbert, Warden

DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

(RE: VIOLATION 14TH AMENDMENT)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BRAVEN L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** I'M DISPUTING LEWISBURG SMU PROGRAM RESPONSE TO MY BP8. BY MR. KROSNER-CASE MANAGER acting AS Unit Manager. SMU PROGRAM IS 14 months I started APRIL 16, 2018; ACCORDING TO THIS RESPONSE TO (LEV). I've been LEVEL 1 every since I've arrived here in G-BLOCK. This unit team states that they have started me over to LEVEL 1 State Date of March 1, 2019. So that would mean they are taking A MY YEAR AND SOME CHANGE. TO UNCONSTITIONALLY HOUSE IN A LOCKDOWN PROGRAM OVER 24 MONTHS. Which is crUEL and unusal. EXECUTIVE ORDER WAS PETITION TO THE BUREAU OF PRISONS. To terminate the 18months taking 9mths FROM the PROGRAM LEAVING 13MONTHS to COMPLETE OR FAIL. HOWEVER I'M RELEASING FROM PRISON 10-22-2022. Unconstitutional REQUEST TRANSFER.

5-23-19
DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAY 28 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE** — CASE NUMBER: 978597-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

*Mental Health & Medical 960665-A1
Neglect To 4-Points*

*Inmate National Appeal office*

RE: RESPONSE CENTRAL OFFICE

*Nation Inmate APPEAL RESPONSE*

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-~~316L~~ 317
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

Remedy No# 960665-A1

APRIL 10, 2019

DEAR MRS. NILES;

NEGLENTING OF MENTAL HEALTH & MEDICAL DEPRIVING ME TREATMENT TO DIABETIES & MENTAL HEALTH COUNSELING. AFTER & DURING THE 70hours IN 4-Point 1-19-2019 - 1-20-19. When ~~the~~ Blood SUGARS & BLOOD PRESSURE. FAST CHECKS AS WELL AS BLOOD PRESSURES SHOWS HIGH Numbers EVEN when Chronic Care has Placed ORDERS TO TREAT INCREASED SUGAR / BLOOD PRESSURE & ANXiety.

RespectfulLY Submit.
Bralen L. Jordan 22702-009

Post Script:
* ~~Attached CENTRAL OFFICE RESPONSE TO MENTAL/MEDICAL TRANSFER.~~ As ~~YOU ALL INSTRUCT to PURSUE~~*
*~~(OTHER DOCUMENTS)~~*

**Administrative Remedy No. 960665-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you allege ongoing neglect for the treatment of your chronic care issues, to include not being provided insulin for diabetes. You further allege you suffer from high blood pressure and anxiety, for which you receive no treatment. For relief, you request a transfer to another facility where you can receive appropriate medical and mental health treatment.

We have reviewed documentation relevant to your appeal and, based on our findings, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Our review reveals you were evaluated by a physician on March 4, 2018, in chronic care clinic encounter. At that time, your only complaint was burning after eating. Your blood pressure was normal and your A1C test on February 19, 2019, was noted to be 6.0 (otherwise within normal limits). Additionally, evaluation by the psychologist on March 13, 2019, indicated your mental status, emotional expression, and behavior do not suggest significant mental health problems. You provide no evidence to substantiate your allegations that you are not receiving medical and mental health treatment.

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons. You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

As indicated in the lower level responses to this appeal, you do not currently meet the criteria for a transfer based on medical or mental health needs. Accordingly, your appeal is denied.

3/21/19
Date

Ian Connors, Administrator
National Inmate Appeals
R.T.

...rtment of Justice
...eral Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN, L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL** I'M RESPECTIVELY DISPUTING THE ONGOING NEGLECT OF LEWISBURG. FAILING TO TREAT MY CHRONIC CARE AS WELL AS DIABETES etc. BY NOT PROVIDING INSULIN FOR MY BLOOD SUGAR. EVERY SINCE THIS ISSUE OF CHRONIC/MENTAL ILLNESS AS WELL HEALTH NEEDS. MY BLOOD SUGAR HAVE BEEN ABOVE 126 FAST CHECK AS FOLLOWED: AS STATED ON BP8 11-2-18 BLOOD SUGAR (101); BS Dated 11-29-18 (127); BLOOD SUGAR DATE 12-22-18 (86); BLOOD SUGAR RECENT Date 1-19-19 (131); (114), & (99). MY A1C LEVEL DATE 10-31-18 ACCORDING TO LAB WORK (14.0); A1C LEVEL DATE 8/20/18 (13.9); AND 11-17-17 A1C (6.1). STILL NO INSULIN OR TREATMENT IN THIS REGARDS. EKG WAS CONDUCT SHOWED A SPLIT VALVE DUE TO MY HEART MUMER. BLOOD PRESSURE VARIES FROM 158/84 TO 133/81, showing High Numbers that NEEDS to be REGULATED. SUFFERING FROM ANXIETY where my PANIC ATTACK WILL TIGGER MY ASTHMA. STILL NO TREATMENT FROM MEDICAL OR MENTAL HEALTH. So I'M SEEKING TRANSFER AS TO PS 5100.08 TO PROVIDE ME WITH THE PROPER MEDICAL & MENTAL HEALTH CARE I NEED.

2-18-19 — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
FEB 26 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
APR 09 2019
USP Lewisburg

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 960665-A1

**Part C—RECEIPT**

CASE NUMBER: ____

Return to: ____
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Remedy: 969598-A1

*Heart & Healthy*

*ANSWERED Incident Report TO TAMPERING W/ Heart & Healthy Meal*

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G01-~~120~~L 121
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

(National Inmate Appeal)

Rejected: 969576-A2
Complaint (See Attached)

*Tampering W/ Heart & Heart
SPRAYING MACE ON MY MEAL*
4700.06

Mental Health Intervention

Dr. R. Brockman (BOP PS: 5324)

DR. Edingbomer

TRT-NER-2019-05821
Heart & Healthy

**Administrative Remedy No. 969578-A1**
**Part B - Response**

You appeal the February 19, 2019, decision of the Unit Discipline Committee (UDC) regarding incident report #3223189 in which you were found to have committed the prohibited acts of Failure to Follow Safety or Sanitation Regulations (Code 317) and Interfering with a Staff member in Performance of Duties (Code 398). For relief, you request the incident report be expunged.

Our review of your appeal revealed the Regional Director remanded the incident report to the UDC. Upon completion of the remand action, you needed to submit your appeal to the appropriate level, in this case the institution level, with a copy of the BP-10 response.

Based on the foregoing, this response is provided for informational purposes.

7/31/19
Date

Ian Connors, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

IR# 3223189

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: JORDAN; Braken L | 22702-009 | SMU | LEW
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL** I'M FURTHERING THIS APPEAL AS TO PROGRAM STATEMENT 3420.11 (Staff Misconduct); 5618 Policy (AGAINST ENTICEMENT/HARASSMENT) AS to it create hostile living environment; etc. As to Program Statement 4264 Alternative Meal/4700.06 Heart & Healthy Meals. Also to Psychology neglection to Proceed through crisis issues Protocol AS TO PROGRAM Statement 5324 (Intervention Protocol); whether Sexual abuse; abuse of barbarous Powers of authority; tampering with food as to Macing & deducting items of an inmate dietary meals/Alternative Meals, I seeked assistance from Captain Konkles; and Mental Health SMU COORDINATOR DR. BROCKMAN to interven on this issue as to Mental Health filing Proper documentation as PROGRAM STATEMENT 5324. REGARDING CORRECTIONAL Officers contaminating my food by SPRAYING MACE ON MY TRAY/IN MY Food where I can taste it; etc. Placing cleaning chemicals in food; and deducting items from my dietary tray and alternative meals. After filing BP8, BP9, BP10, & BP11 as well as Petitioning via COP-OUT TO CAPTAIN KONKLES he failed to investigate; As well as higher authority. DR. BROCKMAN Asst. Cheif Psychologist/SMU COORDINATOR ignored my issues when I addressed this complaint of sensitive issue and ignored my issues AS TO filing Proper Protocol TO Intervention PS 5324 PROGRAM statement. Claiming it was just enticement which is Prohibited as to the conduct of the employee in the B.O.P that is Held at a higher standard. This tactic of enticement of insubornation Lead to Dr. Eigenbrode RHU Psychologist Making Rounds and as the issue Grew. I inquired about if they filed a Report AND THEY DIDN'T I Proceed through proper chain. Request Exponge & Sanction officials for neglection

5-6-19
DATE

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

2-19-19
312,398

RECEIVED
MAY [illegible] 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
AUG 12 2019
USP Lewisburg

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 969578-A1

**Part C—RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

---

**Part B - Response**

You appeal the February 19, 2019 decision of the Unit Discipline Committee (UDC) at USP Lewisburg finding you committed the prohibited act of Being Insolent to a Staff Member, Code 312, and Interfering with Staff, Code 398, Incident Report No. 3223189. You request the Incident Report be expunged.

A review of your appeal revealed questions concerning the disciplinary process. Accordingly, this disciplinary action is being remanded for further review. You will be notified of the date and time of further proceedings if necessary. After further proceedings, you may appeal again to the Warden if you desire. To this extent, your appeal is partially granted.

Date: April 24, 2019

J. RAY ORMOND
Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

IR# 3223189

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN L. — LAST NAME, FIRST, MIDDLE INITIAL | 22702-009 — REG. NO. | SMU — UNIT | LEWI — INSTITUTION

**Part A - REASON FOR APPEAL** AS TO STAFF MISCONDUCT P.S. 3420.11; P.S. 5618 Policy Against Enticement & Harassment, as well as PS 4264 Alternative Meal, and PS 4700.06 Where I inmate Jordan 22702-009 attempt to seek assistance in the issue where B-Block officers was deducting items out of my meals; etc. As well as macing my food. Petitioning Captain Konkles; Dr Brockman Program Coordinator to SMU Program in Mental Health. To have their dept to interven on this issue as well and file a report to Captain, A.W's; and Warden. As protocol to a PREA complaint as to officers tampering with my dietary. Mrs. R. Eigenbrode RHU Psychologist made rounds, and I addressed to ~~her of the staff misconduct of my food being undermined by correctional officer~~ her of the staff misconduct of my food being undermined by correctional officer as a tactic of enticement. I furthered asked if a report was filed as to my sensitive cop-out I petitioned to Dr. Brockman. She brushed me off and walk off from my door, and later petition a incident report on me for calling out of her name; for neglecting my issue of concern. Expung

3-18-19 — DATE

[signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

See Attached Response

RECEIVED
Warden's Office
MAY 03 2019
USP Lewisburg

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 969578R1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JORDAN, BEALEN, L | 22702-004 | SMU | LEW
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** APPEAL TO THE ATTACHED INCIDENT REPORT AND TO UDC SANCTIONS OVER THE SAME ONGOING STAFF/C-BLOCK OFFICERS NOT HONORING MY HEART & HEALTHY MEAL AS TO 4700.[illegible] REGULAR DIETARY MEAL. BY MALTING MY FOOD, DEDUCTING ITEMS OFF MY TRAYS; FLIPPING MY HEART & HEALTHY TRAY TO INSTITUTIONAL REGULAR MEAL TRAY. USING ENTICEMENT TACTIC TO CREATE A HOSTILE ENVIRONMENT OF THE INMATE LIVING QUARTER & HOUSING UNIT. Which is STAFF MISCONDUCT 3420.11 AND AGAINST P5618 ENTICE. HARASSING Policy to be [illegible] I've ATTEMPT TO RESOLVE THROUGH PSYCHOLOGY TO INTERVEN ON this ISSUE AS WELL. THE CAPTAIN KONLLES. AW [illegible] AND ETC. NOT HAPPEN TO RESOLVE the [illegible] 4800.[illegible] HEART & HEALTHY [illegible] MEAL P4204 AND EXTENDING the date as well as SERVANCE OF MEALS TO 21 DAYS INSTEAD OF 18 to 19 DAYS AS POLICY State Under the [illegible] LAW [illegible] their SCOPE of EMPLOYMENT - REQUEST EXPUNGE OF INCIDENT REPORT AND SANCTION DUE TO the [illegible]

2-2-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR 01 2019
ADMIN REMEDY CLERK
USP LEWISBURG

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: 971575-F1

CASE NUMBER: ____________

**Part C- RECEIPT**

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ____________

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

*(970732-A1)*

Abuse of Power
Title 28 § 3050

PS: 400.28 & 400.27

Denied

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G01-~~120L~~ 121
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

*DHO Abuse of Powers*

5270 Inmate Discipline Program
*SANCTIONS*

Abuse of Process Intentional

Enticement Policy 5716.17 & 3256.11

5270.09
Sanctions, etc.

* National Inmate Appeal Office *

**Administrative Remedy No. 970732-A1**
**Part B - Response**

You appeal the February 27, 2019, decision of the Discipline Hearing Officer (DHO) regarding incident report #3223740 in which you were found to have committed the prohibited act of Refusing to Provide a Urine Sample; Refusing to Breathe into a Breathalyzer; Refusing to take part in Other Drug Testing (Code 110). For relief, you request the incident report be expunged.

Our review of your disciplinary proceedings indicates compliance with Program Statement 5270.09, Inmate Discipline Program. The DHO's decision was based upon the evidence detailed in Section V of the DHO report. We find the determination of the DHO is reasonable and supported by the evidence. Your Due Process rights were upheld during the discipline process. The sanctions imposed were commensurate to the severity level of the offense committed and in compliance with policy.

Accordingly, your appeal is denied.

7/24/19
Date

Ian Connors, Administrator
National Inmate Appeals

APPEAL No # 970732-R1

...ent of Justice
...Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL** I'M DISPUTING THIS TARGETING AND HARASSMENT OF INCIDENT OF 110, 307. REFUSING A URINE SAMPLE TO WHAT THEY CORRECTIONAL SERVICES / SIS REFUSES TO REMOVE ME OFF THE "HOT LIST". PER SE POLICY (5100.28 AND 400.27) AN INMATE IS TO STAY ON THE "HOT LIST" FOR ONE YEAR. Oct 15, 2017 POSSESION OF DRUGS Oct 15, 2018. That's a full YEAR OF COMPLETION URINATING CLEAN; IN THIS CASE K. Williams C/O ATTEMPTED A URINE SAMPLE After a WEEK I Just PASSED the SAMPLE TEST A WEEK BEFORE. This officer forced the test threaten to Pursue Incident Report BECAUSE I could not Urinate. NOT EVEN 5 days I Just taken ONE he COMES IN A enticing tactic AGAINST 5716.17 also 3256.11 which is Prohibit and a violation Under B.O.P Policy & The REGIONAL DIRECTOR AS WELL AS Institution allow this Misconduct to Produces Misconduct IN A LockDown Unit. ALLOWS CORRECTIONAL OFFICER/CORRECTIONAL SERVICE OFFICIALS to become INSUB-ORDINATE TO POLICY THAT GOVERNS both INMATE AND STAFF. HOWEVER AN INVESTIGATION TO THE OFFICER CONDUCT IS NOT SEEN AS TO FAILURE TO FOLLOW POLICY. SEEK EXPUNG...

4-18-19
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

2-27-19

110

RECEIVED
APR 23 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
AUG 05 2019
USP Lewisburg

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 970732-A1

**Part C—RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

COMPLETE DHO
Central office
970732
Abuse of Power Title 28 § 3250

*970732-R1
FWD: [redacted]
CENTRAL OFFICE

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-317L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

(*PS: 400.28 AND 400.27)

* URINE Test *

1 Year Complete Still on Lewis-burg

Enticement PS: 5716.17 & 3256.11

*DHO SANCTIONING AND LACK TO INVESTIGATION AS LAW Requires Abuse of Process Intentional Claim* (28 § 3250) & § (28 § 2680)

* National Inmate Appeal *

**Part B - Response**

You appeal the February 27, 2019 decision of the Discipline Hearing Officer (DHO) at USP Lewisburg finding you committed the prohibited act of Refusing a Drug Test, Code 110, Incident Report No. 3223740. Although you declined to appear before the DHO to present a defense to the charge, you now contend the reporting Officer violated several policies. You request the Incident Report be expunged.

Program Statement 5270.09, Inmate Discipline, states "the reviewing official is limited in determining if the UDC or DHO could have rationally concluded that the evidence supports the decision, and not necessarily whether the reviewing official would have made the same decision had that official been a part of the UDC or DHO proceedings." Therefore, the reviewing official is not authorized to consider evidence that was not presented at the DHO hearing and/or to re-weigh the evidence presented to the DHO. On appeal, the reviewing authority may only determine if the DHO's decision was rational. A review of the disciplinary proceedings revealed no due process concerns or deviations from policy. The record reflects the DHO afforded you the opportunity to present evidence and provide a statement in your defense. Your written statement to the DHO was considered prior to the rendering of its decision. The DHO rationally concluded the greater weight of evidence supported staff's account of the incident.

The record in this case reflects substantial compliance with Program Statement 5270.09, Inmate Discipline Program. The decision of the DHO was based upon the greater weight of the evidence, and the sanctions imposed were consistent with the severity level of the prohibited act. The sanctions imposed, disallowance of 40 days of good conduct time and six months loss of visiting privileges, were not disproportionate to your misconduct. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: April 9, 2019

J. RAY ORMOND
Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

BHO APPEAL

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN L. — 22702-0?A — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL** IS TO SEEK FOR SANCTIONS AND THE INCIDENT REPORT TO EXPUNGE AS TO 40027.14 URINE TEST. PER SE POLICY I WAS TO BE PLACE ON HOT LIST FROM 10-15-17 to 10-15-18 1 whole YEAR. I'VE HAD 9 URINE TEST SINCE APRIL 17, 2018. AND RECENTLY JUST HAD ONE 3-3-19 by the Underwriter of the incident REPORT. I PRESENTED EVIDENCE OF ALL Test AT LEWISBURG AND DID NOT FAIL NONE SINCE I been in the custody of the B.O.P SINCE 2003. I had taken a URINE test 2-8-19 as stand IN LOG BOOK FOR URINE Tests 40025.14 & 40027.14. DID URINATE "CLEAN" this officer K. Williams forced a URINE test by attempting to collect and I could not urinate, I then explained I just had a urined and provided a sample 2-8-19: NOT EVEN 2 to 3 weeks CORRECTIONAL officer comes 5 days later seeking to collect another one in a enticement 58161.17 & 57161.17 also 3256.11. Which is Prohibit and a violation under B.O.P Policy. DUE TO INSUBORDINATION AND Officer failure to follow Policy. REQUEST EXPUNGE.

3-5-19
DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 970732-R1

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

964736-A1 Abuse of Power
Denied

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G01-120L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

Force Housing of Inmates by Force As To Enticement & Pursue of Incident Report.

*(National Inmate Appeal Office.*)

(RE: STAFF MISCONDUCT 3240 PS POLICY)

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN, L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A—REASON FOR APPEAL** IS DISPUTING THE FACT THAT THIS ALTERCATION WAS AND HAD BEEN ONGOING FOR A MONTH AND A HALF. CONSTANTLY HAVING DISPUTES After DISPUTES WITH MY CELLY AND I. PETITIONED THE UNIT OFFICER #1 AS WELL AS UNIT TEAM, ALSO EXECUTIVE STAFF. WHAT I THOUGHT WAS THE PROPER CHAIN OF COMMAND. WITHIN THE SMU PROGRAM NOT JUST THE SMU BUT BOP WIDE. THAT IF AN INMATE SUMBIT DOCUMENT TO OFFICER M. CONDIT IT IS HIS Job to Protect the Safety of an inmate if they are in a hostile environment. NOT TO ENTICE BY DISREGARDING THE ISSUE. So this offier turned a NORMAL Petition through THE PROPER chain of COMMAND INTO A BEHAVIOR REPORT. AND LIED ON DOCUMENTATION. WHEN officer RESSURE WAS THE RESPONDER OF THE SITUATION AND PULLED MY CELLY FOR SHOWERS. REQUEST EXPUNGE IS TO STAFF MISCONDUCT AND ABUSE OF POWERS

3-6-19 — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B—RESPONSE**

1-7-19

306, 307

RECEIVED
APR 29 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
MAR 12 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
AUG 05 2019
USP Lewisburg

RECEIVED
Warden's Office
APR 22 2019

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 964736-A1, A2

**Part C—RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN — Previous editions not usable — BP-231(13) APRIL 1982

**Administrative Remedy No. 964736-A2**
**Part B - Response**

You appeal the January 7, 2019 decision of the Unit Discipline Committee (UDC) regarding incident report #3208733, where you were found to have committed the prohibited act of Refusing to Work or Accept a Program Assignment, Code 306 and Refusing to Obey an Order, Code 307. For relief, you request the incident report be expunged.

Our review of your disciplinary proceedings indicates compliance with Program Statement 5270.09, Inmate Discipline Program, and we concur with the responses provided by the Warden and Regional Director. The UDC considered all evidence presented at the hearing and documented the specific evidence relied upon to support their decision in Section 19 of the incident report. We find the determination of the UDC is reasonable and fully supported by the evidence. The sanction imposed was commensurate to the severity level of the prohibited act committed and in compliance with policy.

Accordingly, your appeal is denied.

7/16/19
Date

Ian Connors, Administrator
National Inmate Appeals

Remedy # 966492-A1

* Inmate National Appeal office *

*Excessive Force Claims *
&
Abuse of Powers (Tampering w/Food)

BRALEN LAMAR JORDAN, 22702-009
LEWISBURG USP UNT: G-BLOCK QTR: G03-320L
2400 ROBERT F. MILLER DRIVE
LEWISBURG, PA 17837

National Inmate APPEAL
RESPONSE DENIED

* FINIAL RESPONSE TO THE ISSUE THAT LEAD TO THE 70 HOURS OF 4-Point. JAN 19-20, 2019 *
TAMPERING WITH MY MEAL AS BS Policy 4700.06
4626
JAN 19-20, 2019

Injuries: Muscles
TORN Again After
22 hours
May 24, 2018

U.S. Department of Justice APPEAL NO# 966492 **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: JORDAN, BRALEN, L — 22702-009 — SMU — LEW
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A - REASON FOR APPEAL**

ABUSE OF POWERS & 3420.11 Prohibit Staff MISCONDUCT WHERE OFFICIALS IN G-BLOCK. INSUBORDINATED deducting items out of ALTERNATIVE MEAL AND MY DIETARY MEAL HEART & HEALTHY PS 4700.06. Where they WILL MACE MY TRAYS; TAKE ITEMS OUT OF MY BAG LUNCH such AS PEANUT BUTTER. Due to my Diabetic Needs and because of this issue along LANDED me in a 70 hours 4-POINT FROM JAN 19-20, 2019 FROM 6:45 PM 1/19/19 to 10:35 PM 1/20/19. Which Policy of 4700.06 REQUIRES Termination for one tampering with an INMATE FOOD AS WELL AS STAFF MISCONDUCT. This allowance of Administration from the institution to REGIONAL OFFICE HAVE ALLOW THIS TYPE OF CORRUPTION. Where STATE, FEDERAL, AND SUPREME COURT Prohibit CONDUCT. FOR UNDERMINING TERMINATION REQUIRED DUE MY CHRONIC CARE NEEDS BOTH MENTAL/MEDICAL.

4-10-19 — [signature]
DATE — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
Warden's Office
JUL 09 2019
USP Lewisburg

RECEIVED
APR 16 2019
Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED
Warden's Office
MAY 13 2019
USP Lewisburg

RECEIVED
MAY 21 2019
Administrative Remedy Section
Federal Bureau of Prisons

DATE — GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE — CASE NUMBER: 966492-A1

**Part C - RECEIPT**

CASE NUMBER:

Return to:
LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**Administrative Remedy No. 966492-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you allege staff members at USP Lewisburg have been tampering with your food by removing food items from your alternative meal bags. You contend this alleged action is grounds for termination and request staff be held accountable.

As indicated by the Warden and Regional Director, your allegation of staff misconduct regarding your meals was forwarded to the appropriate authority for review. The review failed to substantiate your claims. If you find a discrepancy with your meal, it is suggested you advise staff at that time so immediate action can be taken.

Accordingly, your appeal is denied.

6/21/19
Date

Ian Connors, Administrator
National Inmate Appeals

```
LEWD3   540*23 *        SENTENCE MONITORING          *     05-17-2019
PAGE 001        *         COMPUTATION DATA           *     11:16:57
                          AS OF 05-17-2019

REGNO..: 22702-009 NAME: JORDAN, BRALEN LAMAR

FBI NO...........: 693605VB6                DATE OF BIRTH: 12-04-1981  AGE:  37
ARS1.............: LEW/A-DES
UNIT.............: G-BLOCK                  QUARTERS.....: G03-318L
DETAINERS........: NO                       NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 04-12-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-12-2022 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

COURT OF JURISDICTION...........: ARKANSAS, EASTERN DISTRICT
DOCKET NUMBER...................: 4:14-CR-20-DPM
JUDGE...........................: MARSHALL
DATE SENTENCED/PROBATION IMPOSED: 10-14-2014
DATE COMMITTED..................: 11-25-2014
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)&924(A)(2) FELON IN POSSESSION OF A FIREARM

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 NEW SENTENCE IMPOSED...........:   110 MONTHS
 BASIS FOR CHANGE...............: ARMED CAREER CRIMINAL ACT
 DATE OF OFFENSE................: 01-07-2014
```

LEWD3 540*23 * SENTENCE MONITORING * 05-17-2019
PAGE 002 OF 002 * COMPUTATION DATA * 11:16:57
AS OF 05-17-2019

REGNO..: 22702-009 NAME: JORDAN, BRALEN LAMAR

-------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 03-03-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-11-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 10-14-2014
TOTAL TERM IN EFFECT............: 110 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 9 YEARS 2 MONTHS
EARLIEST DATE OF OFFENSE........: 01-07-2014

JAIL CREDIT.....................: FROM DATE THRU DATE
01-09-2014 10-13-2014

TOTAL PRIOR CREDIT TIME.........: 278
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 149
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-12-2022 - 40 Day
EXPIRATION FULL TERM DATE.......: 03-10-2023
TIME SERVED.....................: 5 YEARS 4 MONTHS 6 DAYS
PERCENTAGE OF FULL TERM SERVED..: 58.3

PROJECTED SATISFACTION DATE.....: 10-12-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 11-16-16 AMEND J&C C/DWB;4-10-18 GCT C/OAA.
6-5-18:DIS/FFT C/OAA. 06-21-18:DIS GCT C/SIG. 6-27-18:DIS/FFT
C/OAA. 1-29-19:DIS GCT C/OAA;3/3/19 DIS GCT C/KLG;

G0000 TRANSACTION SUCCESSFULLY COMPLETED

LEWII * INMATE EDUCATION DATA * 08-13-2019
PAGE 001 * TRANSCRIPT * 08:24:05

REGISTER NO: 22702-009 NAME..: JORDAN FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: LEW-LEWISBURG USP

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| LEW | ESL HAS | ENGLISH PROFICIENT | 12-19-2002 1011 | CURRENT |
| LEW | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-27-2015 1646 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| LEW SMU | SMU ACE ROUND H | 06-26-2019 | CURRENT | | | | |
| LEW SMU | SMU ACE ROUND G | 04-30-2019 | 06-20-2019 | P | C | P | 20 |
| LEW SMU | RADIO SMU PARENTING G RPP6 | 05-28-2019 | 06-12-2019 | P | C | P | 5 |
| LEW SMU | RADIO SMU PARENTING F RPP6 | 03-26-2019 | 04-17-2019 | P | C | P | 5 |
| LEW SMU | SMU ACE ROUND F | 03-20-2019 | 04-13-2019 | P | C | P | 20 |
| LEW SMU | SMU ACE ROUND E | 12-28-2018 | 02-15-2019 | P | C | P | 20 |
| LEW SMU | RADIO SMU PARENTING E RPP6 | 01-30-2019 | 02-15-2019 | P | C | P | 5 |
| LEW SMU | ACTIVITY PACKET ROUND E | 02-02-2019 | 02-02-2019 | P | C | P | 6 |
| LEW SMU | SMU RADIO WELLNESS ROUND E | 02-02-2019 | 02-02-2019 | P | C | P | 9 |
| LEW SMU | RADIO SMU PARENTING D RPP6 | 11-20-2018 | 12-21-2018 | P | C | P | 5 |
| LEW SMU | SMU ACE ROUND D | 10-31-2018 | 12-12-2018 | P | C | P | 20 |
| LEW SMU | SMU RADIO WELLNESS ROUND D | 12-08-2018 | 12-08-2018 | P | C | P | 9 |
| LEW SMU | ACTIVITY PACKET ROUND D | 12-08-2018 | 12-08-2018 | P | C | P | 6 |
| LEW SMU | SMU RADIO WELLNESS ROUND C | 09-08-2018 | 10-21-2018 | P | C | P | 9 |
| LEW SMU | ACTIVITY PACKET ROUND C | 09-08-2018 | 10-30-2018 | P | C | P | 6 |
| LEW SMU | RADIO SMU PARENTING C RPP6 | 09-04-2018 | 10-23-2018 | P | C | P | 5 |
| LEW SMU | SMU ACE ROUND C | 09-07-2018 | 10-17-2018 | P | C | P | 20 |
| LEW SMU | SMU ACE ROUND B | 07-03-2018 | 08-29-2018 | P | C | P | 20 |
| LEW SMU | RADIO SMU PARENTING B RPP6 | 07-03-2018 | 08-15-2018 | P | C | P | 5 |
| LEW SMU | SMU PERSONAL GROWTH I RPP 6 | 05-24-2018 | 07-06-2018 | P | C | P | 3 |
| LEW SMU | RADIO SMU PARENTING A RPP6 | 05-22-2018 | 06-27-2018 | P | C | P | 5 |
| LEW SMU | SMU ACE ROUND A | 05-28-2018 | 06-11-2018 | P | C | P | 20 |
| MCR CHG | ART APPRECIATION M-F 5-7 PM | 07-17-2017 | 01-18-2018 | P | W | V | 0 |
| THP | BEGINNING CERAMICS | 05-31-2016 | 08-31-2016 | P | C | P | 8 |
| THP | CHESS | 05-21-2016 | 06-16-2016 | P | C | P | 1 |
| THP CHG | EARLY CIVILIZATIONS- SELFSTUDY | 09-21-2015 | 02-05-2016 | P | C | P | 12 |
| THP CHG | ACE JOB SEARCH CLASS | 07-26-2015 | 08-16-2015 | P | C | P | 6 |
| THP CHG | NUTRITION FOOD SERVICE-SELFSTU | 07-26-2015 | 08-16-2015 | P | C | P | 6 |
| THP CHG | WELLNESS CLASS-DIABETES AWAREN | 08-20-2015 | 09-02-2015 | P | C | P | 12 |
| THP CHG | ACE AIRCONDITION/REF-SELFSTUDY | 07-24-2015 | 08-09-2015 | P | C | P | 6 |
| THP CHG | ACE COMM DRIVER LIC WED 6:30 | 07-24-2015 | 08-09-2015 | P | C | P | 12 |
| THP CHG | ACE FINANCIAL PEACE UNIVERSITY | 04-22-2015 | 08-10-2015 | P | C | P | 12 |
| THP CHG | ACE ACCOUNTING I- SELF STUDY | 06-11-2015 | 07-15-2015 | P | C | P | 12 |
| THP CHG | ACE AFRICAN AMERICAN HISTORY | 06-11-2015 | 07-13-2015 | P | C | P | 12 |
| THP CHG | N/S PARENTING CLASS:WED 6-8 PM | 02-11-2015 | 07-07-2015 | P | C | P | 12 |
| THP CHG | ACE PTH TO PEACE ANGER MGT MON | 01-14-2015 | 04-20-2015 | P | C | P | 12 |
| THP CHG | REC BEGINNING DRAWING | 01-10-2015 | 03-31-2015 | P | C | P | 2 |
| THP CHG | ACE REAL EST INVESTMENT IN LCP | 01-26-2015 | 03-25-2015 | P | C | P | 12 |
| THP CHG | ACE REAL ESTATE IN LCP | 01-29-2015 | 03-25-2015 | P | C | P | 12 |
| THP CHG | ACE DOMESTIC VIOLENCE IN LCP | 01-28-2015 | 03-25-2015 | P | C | P | 12 |

G0002 MORE PAGES TO FOLLOW . . .

LEWII * INMATE EDUCATION DATA * 08-13-2019
PAGE 002 OF 002 * TRANSCRIPT * 08:24:05

REGISTER NO: 22702-009 NAME..: JORDAN FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: LEW-LEWISBURG USP

EDUCATION COURSES

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| THP CHG | MS 1 BANK ON IT THURS 630 PM | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS2 BORROWING BASICS THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 3 CHECK IT OUT THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 4 MONEY MATTERS THURS 6:30 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS5 PAY YOURSELF 1ST THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 6 KEEP IT SAFE THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 7 TO YOUR CREDIT THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 8 CHARGE IT RIGHT THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 9 LOAN TO OWN THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | MS 10 YOUR OWN HOME THURS 630 | 01-14-2015 | 03-19-2015 | P | C | P | 2 |
| THP CHG | WELLNESS CARDIO | 01-24-2015 | 03-06-2015 | P | C | P | 6 |
| THP | ACE MOCK INTERNET NAV/JOB SRCH | 01-06-2015 | 01-12-2015 | P | C | P | 6 |
| FOM | RPP ORIENTATION | 02-02-2005 | 02-02-2005 | P | C | P | 1 |
| MEM | GED, M-F, 1:30PM-3:30PM | 10-14-2003 | 12-10-2003 | P | W | I | 50 |
| MEM | RPP5 RELEASE REQUIREMENTS | 10-23-2003 | 10-23-2003 | P | C | P | 2 |
| MEM | RPP4 INFORMATION/COMMUNITY | 10-23-2003 | 10-23-2003 | P | C | P | 2 |
| MEM | PSYCH ANGER MGMT RPP6 | 03-19-2003 | 06-04-2003 | P | C | P | 3 |
| MEM | SELF-EMPOWERMENT / RPP6 | 04-28-2003 | 07-05-2003 | P | C | P | 20 |
| MEM | PERSONAL FINANCE / RPP6 | 04-28-2003 | 07-05-2003 | P | C | P | 20 |
| MEM | RPP1/SPIN CLASS 3RD SERIES | 04-01-2003 | 06-30-2003 | P | C | P | 32 |
| MEM | GED EVE: THURS & FRI 6-8 /RPP6 | 12-30-2002 | 05-29-2003 | P | W | I | 268 |
| MEM | LONG DISTANCE PARENTING | 03-10-2003 | 03-21-2003 | P | C | P | 24 |
| MEM | CONSUMER SKILLS | 12-11-2002 | 01-17-2003 | P | C | P | 12 |
| MEM | CAREER COUNSELING | 12-11-2002 | 01-17-2003 | P | C | P | 12 |

HIGH TEST SCORES

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 4.0 | 12-18-2002 | MEM | E | |
| | NUMBER OPR | 6.4 | 12-18-2002 | MEM | E | |
| | PROB SOLV | 8.2 | 12-18-2002 | MEM | E | |
| | READ COMP | 8.5 | 12-18-2002 | MEM | E | |
| | SPELLING | 5.2 | 12-18-2002 | MEM | E | |
| | VOCABULARY | 7.4 | 12-18-2002 | MEM | E | |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

DR. BROOKMAN (CRHU / SMU COORDINATOR)

**Admin. Remedy No.: 969576-F1**
**Part B- Response**

*INSTITUTIONAL RESPONSE*

**ADMINISTRATIVE REMEDY RESPONSE**

This is in response to your Request for Administrative Remedy received March 1, 2019, wherein you assert that your concerns about your meal trays have not been appropriately addressed by Psychology.

Review of this matter reveals that you are being seen regularly by Psychology and that you are receiving services consistent with policy and your reported needs. Concerns about food trays or issues with custody staff may be appropriately addressed through Food Services and/or your unit Lieutenant. You are encouraged to begin working on the coping skills included in the SMU programming materials and to report any new mental health symptoms you are experiencing to Psychology either via cop-out or during unit rounds so that appropriate interventions can be determined.

Based on the above findings, there is no basis for relief, and your Request for Administrative Remedy has been denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

3/7/19
Date

[signature]
David J. Ebbert, Warden

969576-A2
* Central office Reject but Answered by Warden Ebbert. *

Inmate Name: Bralen Jordan "Buhlua"
Register Number: 22702-009
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

RECEIVED
SCRANTON
AUG 23 2019
PER
DEPUTY CLERK

2 AUG 2019

USA FOREVER

United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg & U.S. Court
235 North Washington Avenue
P.O. Box 1148
Scraton, P.A. 18501

"LEGAL Mail"