# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRALEN L. JORDAN, | No. 4:19-CV-01472 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DR. R. BROCKMAN, *et al.*, | |
| Defendants. | |

## ORDER

### MARCH 19, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Sauloyim and Simmons are **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m);

2. Defendants' motion to dismiss, or in the alternative, for summary judgment, Doc. 54, is **GRANTED**;

3. The official capacity claims against the remaining Defendants are **DISMISSED WITH PREJUDICE**;

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the remaining Defendants, and as against Plaintiff on all claims in the complaint; and

5. The Clerk of Court is directed to **CLOSE** this action.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge